97 A.3d 263

IN THE MATTER OF RONALD B. THOMPSON, AN ATTORNEY AT LAW (ATTORNEY NO. 014191990).

September 5, 2014.

**ORDER**

The Disciplinary Review Board having filed with the Court its decision in. DRB 13–401, concluding that **RONALD B. THOMPSON** of **MARLTON,** who was admitted to the bar of this State in 1990, should be censured for violating *RPC* 1.3 (lack of diligence), and *RPC* 1.4(b) (failure to keep client reasonably informed about the status of the matter or to promptly reply to reasonable requests for information), and good cause appearing;

It is ORDERED that **RONALD B. THOMPSON** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.